1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | DAVID L. DEFREES, et al., | ) Case No. CV 11-04272 JLS (SPx) |
| 12 | | ) |
| 13 | Plaintiffs, | ) **ORDER REGARDING STIPULATED** |
| | | ) **PROTECTIVE ORDER** |
| 14 | v. | ) |
| 15 | | ) [Fed. R. Civ. P. 26(c)] |
| | JOHN C. KIRKLAND, et al., | ) |
| 16 | | ) [DISCOVERY MATTER] |
| 17 | Defendants, | ) |
| | | ) |
| 18 | and | ) |
| 19 | | ) |
| | U.S. AEROSPACE, INC. | ) |
| 20 | | ) |
| 21 | Nominal Defendant. | ) |
| 22 | _____ | ) |

23
24
25
26
27
28

LA2398398.1
217727-10001

-1-

1
2    Pursuant to stipulation by the parties and good cause appearing therefor, the
3    Court HEREBY ENTERS the parties' STIPULATED PROTECTIVE ORDER.
4
5    **IT IS SO ORDERED.**
6
7    DATED: December 3, 2014    _____
                                  Honorable Sheri Pym
8                                 United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA2398398.1                      -1-
217727-10001