ALAN KOSSOFF (SBN 150932)
KINSELLA WEITZMAN ISER
KUMP & ALDISERT LLP
akossoff@kwiklaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

MICHAEL C. HEFTER
RYAN M. PHILP
DAVID A. SHARGEL
BRACEWELL LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212.508.6100
Facsimile: 212.508.6101
(*admitted pro hac vice*)
*Attorneys for Plaintiffs CAMOFI Master LDC and CAMHZN Master LDC*

RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

DANIEL W. KRASNER (*pro hac vice*)
krasner@whafh.com
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653
*Attorneys for Plaintiff Frederick Rich*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DAVID L. DEFREES, et al.,<br><br>    Plaintiffs,<br>v.<br>JOHN C. KIRKLAND, et al.,<br><br>    Defendants,<br>and<br>U.S. AEROSPACE, INC.,<br><br>    Nominal Defendant.<br>CAMOFI MASTER LDC, et al.,<br><br>    Plaintiff,<br>v.<br>JERROLD PRESSMAN, et al.,<br><br>    Defendants,<br>and<br>U.S. AEROSPACE, INC.<br><br>    Nominal Defendant. | Lead Case No. CV11 04272 JLS (SPx)<br><br>**NOTICE OF SETTLEMENT AGREEMENT IN PRINCIPLE BETWEEN PLAINTIFFS AND DENTONS LLP**<br><br>Date:   None Set<br>Time:   None Set<br>Place:  Courtroom 10A, 10th Floor<br>Judge:  Hon. Josephine Staton<br><br>Trial Date: February 28, 2017<br><br>Consolidated With<br>Case No. CV 11-04574 JLS (SPx) |

1         Plaintiffs CAMOFI Master LDC, CAMHZN LDC and Frederick Rich ("Plaintiffs") and Defendant Dentons LLP (f/k/a McKenna Long & Aldridge LLP, "Dentons"), by and through their undersigned counsel, respectfully submit this Notice of Agreement in Principle Between Plaintiffs and Dentons LLP to apprise the Court that Plaintiffs and Dentons recently reached an Agreement in Principle that, when documented in a fully executed settlement agreement, will result in the settlement of all claims against Dentons in these consolidated derivative actions subject to the requirements of Fed. R. Civ. P. 23.1.  Dentons and Plaintiffs have agreed in principle that the final settlement agreement shall contain releases of these derivative claims against Dentons and John Kirkland, which would result in a dismissal with prejudice. In light of this development, Plaintiffs and Dentons respectfully request that the Court hold in abeyance McKenna Long & Aldridge LLP's Motion *In Limine* No. 1 To Exclude Evidence Regarding Punitive Damages (Dkt. No. 477) pending further notice from the parties.

    The Agreement in Principle does not address the claims against the remaining non-defaulted defendant, James Henderson. Accordingly, absent further developments, Plaintiffs intend to proceed with a jury trial as to the claims against Mr. Henderson on February 28, 2017 at 9:00 a.m., in compliance with the Court's Order during the Final Pretrial Conference and Hearing Re Motions *In Limine* (Dkt. No. 534).  In advance of trial, Plaintiffs will appear for a settlement conference on February 21, 2017 at 10:00 a.m. before the Honorable Jay C. Gandhi, United States Magistrate Judge, pursuant to the Order Regarding Settlement Conference dated February 6, 2017 (Dkt. No. 542).

    In the meantime, Plaintiffs and Dentons are proceeding with the drafting of a settlement agreement and when finalized, Plaintiffs will promptly file a motion for approval of the settlement in accordance with Rule 23.1. Although the process of negotiating a final settlement and obtaining approval of the settlement under Rule 23.1 will not be completed before the current February 28, 2017 trial date, the trial will not

1  include claims asserted against Dentons or John Kirkland in light of the Agreement in
2  Principle.
3       Counsel for Plaintiffs and Dentons are available to answer any questions the
4  Court may have regarding the foregoing.

5  DATED: February 13, 2017        Respectfully submitted,

**BRACEWELL LLP**
MICHAEL C. HEFTER
RYAN M. PHILP
DAVID A. SHARGEL

By:    */s/ Michael C. Hefter*
      MICHAEL C. HEFTER

1251 Avenue of the Americas
New York, New York 10020
Telephone: 212.508.6100
Facsimile: 212.508.6101
Michael.Hefter@bracewelllaw.com
Ryan.Philp@bracewelllaw.com
David.Shargel@bracewelllaw.com

*Attorneys for Plaintiffs CAMOFI Master LDC and CAMHZN Master LDC*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
RACHELE R. RICKERT
MARISA C. LIVESAY
BRITTANY N. DEJONG

DATED: February 13, 2017   By:    */s/ Rachele R. Rickert*
      RACHELE R. RICKERT

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
rickert@whafh.com
livesay@whafh.com
dejong@whafh.com

DANIEL W. KRASNER
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653

krasner@whafh.com

*Attorneys for Plaintiff Frederick Rich*

**LOEB & LOEB LLP**
ROBERT A. MEYER
W. ALLAN EDMISTON
MATTHEW R. KUGIZAKI

DATED: February 13, 2017     By:     */s/ Robert A. Meyer*
                                              ROBERT A. MEYER

10100 California Route 2
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200
rmeyer@loeb.com
aedmiston@loeb.com
mkugizaki@loeb.com

*Attorneys for Defendant Dentons LLP*

### DECLARATION CONCERNING CONCURRENCE

I, Rachele R. Rickert, am the CM/ECF User whose identification and password are being used to file NOTICE OF SETTLEMENT AGREEMENT IN PRINCIPLE BETWEEN PLAINTIFFS AND DENTONS LLP. In compliance with L.R. 5-4.1.4(2)(i), I hereby attest that Michael C. Hefter and Robert A. Meyer have concurred in this filing's content and have authorized its filing.

DATED: February 13, 2017           */s/ Rachele R. Rickert*
                                                    RACHELE R. RICKERT