UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:11-cv-4272-JLS-SPx                                    Date: April 13, 2017
Title: David L. Defrees, et al. v. John C. Kirkland, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                               Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: NOTICE OF SETTLEMENT AGREEMENT (Doc. 545)**

On February 23, 2017, the parties filed a Notice of Settlement Agreement in Principle. (Doc. 545.) Since then, no settlement agreement has been presented to the Court for review and approval pursuant to Federal Rule of Civil Procedure 23.1. Counsel is hereby ordered to show cause for the delay, in writing, no later than **April 18, 2017**. No oral argument on this matter will be heard unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of an appropriate response.

Counsel is advised that the Court will consider the filing of a final settlement agreement for approval pursuant to Federal Rule of Civil Procedure 23.1 on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

**Plaintiffs shall serve notice of this Order on all parties in this action.**

Initials of Preparer:   tg