| | |
|---|---|
| ALAN KOSSOFF (SBN 150932)<br>KINSELLA WEITZMAN ISER<br>KUMP & ALDISERT LLP<br>akossoff@kwiklaw.com<br>808 Wilshire Boulevard, 3rd Floor<br>Santa Monica, California 90401<br>Telephone: 310.566.9800<br>Facsimile: 310.566.9850<br><br>MICHAEL C. HEFTER<br>RYAN M. PHILP<br>DAVID A. SHARGEL<br>BRACEWELL LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: 212.508.6100<br>Facsimile: 212.508.6101<br>(*admitted pro hac vice*)<br>*Attorneys for Plaintiffs CAMOFI*<br>*Master LDC and CAMHZN Master LDC* | RACHELE R. RICKERT (190634)<br>rickert@whafh.com<br>MARISA C. LIVESAY (223247)<br>livesay@whafh.com<br>BRITTANY N. DEJONG (258766)<br>dejong@whafh.com<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Telephone: 619/239-4599<br>Facsimile: 619/234-4599<br><br>DANIEL W. KRASNER (*pro hac vice*)<br>krasner@whafh.com<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: 212/545-4600<br>Facsimile:  212/545-4653<br>*Attorneys for Plaintiff Frederick Rich* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DAVID L. DEFREES, et al.,<br><br>  Plaintiffs,<br>v.<br><br>JOHN C. KIRKLAND, et al.,<br><br>  Defendants,<br>and<br><br>U.S. AEROSPACE, INC.,<br><br>  Nominal Defendant.<br><br>CAMOFI MASTER LDC, et al.,<br><br>  Plaintiff,<br>v.<br><br>JERROLD PRESSMAN, et al.,<br><br>  Defendants,<br>and<br><br>U.S. AEROSPACE, INC.<br><br>  Nominal Defendant. | Lead Case No.  CV11 04272 JLS (SPx)<br><br>**STATUS REPORT PURSUANT TO ORDER DATED APRIL 19, 2017**<br><br>Date: None Set<br>Time: None Set<br>Place: Courtroom 10A, 10th Floor<br>Judge: Hon. Josephine Staton<br><br>Trial Date:<br><br><br><br>Consolidated With<br>Case No. CV 11-04574 JLS (SPx) |

1          Pursuant to the Order Discharging Order to Show Cause dated April 19, 2017, Dkt. No. 549, the parties respectfully submit this status report informing the Court of the status of the settlement agreement.

          As set forth in the parties' status report filed on April 18, 2017 in response to the Order to Show Cause issued by the Court on April 13, 2017, Plaintiffs in the Rich Action and Plaintiffs in the CAMOFI Action have been in the process of resolving certain issues regarding the mechanics of a settlement and distribution of settlement proceeds as well as complex matters related to the corporate governance and capital structure of nominal defendant USAE.  Since the filing of the April 18 status report, Plaintiffs have resolved many of the issues and have memorialized the terms of a settlement agreement-in-principle in a draft stipulation of settlement.  After significant discussions, Plaintiffs provided a comprehensive draft settlement agreement to defense counsel earlier today.  Plaintiffs expect that defendants, the insurers and their counsel will require additional time to review and comment on the draft stipulation of settlement.  In the meantime, Plaintiffs will complete the preparation of all necessary papers to be presented to the Court for review and approval pursuant to Federal Rule of Civil Procedure 23.1.

          Accordingly, the parties respectfully request an additional thirty days to submit all necessary pleadings and papers to the Court for review and approval pursuant to Federal Rule of Civil Procedure 23.1.  The parties appreciate the Court's attention to this matter.

DATED:  May 19, 2017                         Respectfully submitted,

                              By:      */s/ Rachele R. Rickert*
                                    RACHELE R. RICKERT

                              750 B Street, Suite 2770
                              San Diego, CA 92101
                              Telephone:  619/239-4599
                              Facsimile:   619/234-4599
                              rickert@whafh.com
                              livesay@whafh.com
                              dejong@whafh.com

-1-

| | | |
|---|---|---|
| 1 | | DANIEL W. KRASNER |
| 2 | | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |
| 3 | | 270 Madison Avenue<br>New York, NY 10016 |
| 4 | | Telephone: 212/545-4600<br>Facsimile: 212/545-4653<br>krasner@whafh.com |

*Attorneys for Plaintiff Frederick Rich*

DATED: May 19, 2017   **BRACEWELL LLP**
MICHAEL C. HEFTER
RYAN M. PHILP
DAVID A. SHARGEL

By:   */s/ Michael C. Hefter*
       MICHAEL C. HEFTER

1251 Avenue of the Americas
New York, New York 10020
Telephone: 212.508.6100
Facsimile: 212.508.6101
Michael.Hefter@bracewell.com
Ryan.Philp@bracewell.com
David.Shargel@bracewell.com

*Attorneys for Plaintiffs CAMOFI Master LDC and CAMHZN Master LDC*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
RACHELE R. RICKERT
MARISA C. LIVESAY
BRITTANY N. DEJONG


**CONNOLLY & FINKEL, LLP**
ALAN H. FINKEL
JOHN G. CONNOLLY

DATED: May 19, 2017   By:   */s/ Alan H. Finkel*
                              ALAN H. FINKEL

777 S. Figueroa Street, Suite 4000
Los Angeles, CA 90017
Telephone: (213) 452-6500
Facsimile: (213) 622-2171

*Attorneys for Defendants James D. Henderson and Michael L. Goldberg*

**LOEB & LOEB LLP**
ROBERT A. MEYER
W. ALLAN EDMISTON
MATTHEW R. KUGIZAKI

DATED: May 19, 2017    By:    */s/ Robert A. Meyer*
                                                ROBERT A. MEYER

10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200
rmeyer@loeb.com
aedmiston@loeb.com
mkugizaki@loeb.com

*Attorneys for Defendant Dentons US LLP*

## DECLARATION CONCERNING CONCURRENCE

I, Rachele R. Rickert, am the CM/ECF User whose identification and password are being used to file STATUS REPORT PURSUANT TO ORDER DATED APRIL 19, 2017. In compliance with L.R. 5-4.1.4(2)(i), I hereby attest that Michael C. Hefter, Robert A. Meyer and Alan Finkel have concurred in this filing's content and have authorized its filing.

DATED: May 19, 2017              */s/ Rachele R. Rickert*
                                         RACHELE R. RICKERT

USAE:23912