UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:11-cv-4272-JLS-SPx                                            Date: August 1, 2017
Title:  David L. Defrees, et al. v. John C. Kirkland, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Terry Guerrero                                                                    N/A
    Deputy Clerk                                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                  Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER RE: STATUS REPORT AND REQUEST FOR THE ISSUANCE OF ORDER TO SHOW CAUSE (Doc. 558)**

     Before the Court is a Status Report and Request for the Issuance of Order to Show Cause filed by the parties.  (Status Report, Doc. 558.)  Upon reviewing the Status Report and the request contained therein, the Court declines to hold a status conference or issue an OSC.  It is the parties' responsibility to come before the Court with a settlement agreement for approval or to determine that a settlement agreement cannot be reached.  It is not the Court's role to order that parties sign a settlement agreement or provide an explanation as to why a settlement agreement should not be deemed executed.  Therefore, the parties are ORDERED to either file the motion for preliminary approval forthwith or file a report informing the Court that no settlement has been reached and providing new proposed dates for proceeding with this action.

                                                                   Initials of Preparer:  tg