RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619.239.4599
Facsimile:  619.234.4599

DANIEL W. KRASNER (*pro hac vice*)
krasner@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone:  212.545.4600
Facsimile:  212.545.4653

*Attorneys for Plaintiff Frederick Rich*

MICHAEL C. HEFTER
michael.hefter@hoganlovells.com
RYAN M. PHILP
ryan.philp@hoganlovells.com
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, New York 10022
Telephone: 212.918.3000
Facsimile: 212.918.3100
(*admitted pro hac vice*)

ALAN KOSSOFF (SBN 150932)
**KINSELLA WEITZMAN ISER
  KUMP & ALDISERT LLP**
akossoff@kwiklaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

*Attorneys for Plaintiffs CAMOFI Master LDC and CAMHZN Master LDC*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| DAVID L. DEFREES, et al.,<br><br>Plaintiffs,<br>v.<br><br>JOHN C. KIRKLAND, et al.,<br><br>Defendants,<br>and<br><br>U.S. AEROSPACE, INC.<br><br>Nominal Defendant. | Case No. CV 11-04272 JLS (SPx) consolidated with Case No. CV 11-04574 JLS (SPx)<br><br>(Derivative Action)<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Hearing Date: January 26, 2018<br>Time:  2:30 p.m.<br>Courtroom:  10A, 10th Floor<br>Judge: Hon. Josephine L. Staton |

\\NY - 782285/000740 - 8280201 v1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, as soon as this motion may be heard pursuant to the Court's schedule, or on the next available motion date, which appears to be January 26, 2018 at 2:30 p.m., in the United States District Court, Central District of California, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA, 92701, plaintiffs Frederick Rich, CAMOFI Master LDC and CAMHZN Master LDC (collectively, "Plaintiffs"), through their undersigned counsel, will, and hereby do move the Court for an order preliminarily approving the derivative settlement.

The motion is supported by the accompanying memorandum of points and authorities, the Declaration of Rachele R. Rickert, and the Stipulation of Settlement dated December 15, 2017 (the "Stipulation").

This motion is made following conferences among counsel for Plaintiffs and counsel for Defendants Dentons US LLP, James D. Henderson, Michael Goldberg, Charles Arnold, Daisy Rodriguez, TUSA Acquisition Corp. and KC-X American Aerospace, LLC pursuant to L.R. 7-3 which have taken place throughout the past several months. Defendants have indicated they will not oppose this motion.

DATED: December 15, 2017  **WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**
   RACHELE R. RICKERT
   MARISA C. LIVESAY
   BRITTANY N. DEJONG

   By: */s/ Rachele R. Rickert*
        RACHELE R. RICKERT

   750 B Street, Suite 2770
   San Diego, CA 92101
   Telephone: 619.239.4599
   Facsimile: 619.234.4599
   rickert@whafh.com
   livesay@whafh.com
   dejong@whafh.com

   **WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**
   DANIEL W. KRASNER
   270 Madison Avenue

\\NY - 782285/000740 - 8280201 v1

New York, NY 10016
Telephone: 212.545.4600
Facsimile: 212.545.4653
krasner@whafh.com

*Attorneys for Plaintiff Frederick Rich*

DATED: December 15, 2017    **HOGAN LOVELLS US LLP**
MICHAEL C. HEFTER
RYAN M. PHILP

By:    */s/ Michael C. Hefter*
            MICHAEL C. HEFTER

875 Third Avenue
New York, New York 10022
Telephone: 212.918.3000
Facsimile: 212.918.3100
michael.hefter@hoganlovells.com
ryan.philp@hoganlovells.com

*Attorneys for Plaintiffs CAMOFI Master LDC and CAMHZN Master LDC*

## DECLARATION CONCERNING CONCURRENCE

I, Rachele R. Rickert, am the CM/ECF User whose identification and password are being used to file the foregoing NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT. In compliance with L.R. 5-4.1.4(2)(i), I hereby attest that Michael C. Hefter has concurred in this filing's content and has authorized its filing.

DATED: December 15, 2017       */s/ Rachele R. Rickert*
            RACHELE R. RICKERT

23980v5

- 2 -