RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619.239.4599
Facsimile:  619.234.4599

DANIEL W. KRASNER (*pro hac vice*)
krasner@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212.545.4600
Facsimile:  212.545.4653

*Attorneys for Plaintiff Frederick Rich*

MICHAEL C. HEFTER
Michael.hefter@hoganlovells.com
RYAN M. PHILP
Ryan.philp@hoganlovells.com
**HOGAN LOVELS US LLP**
875 Third Avenue
New York, New York 10022
Telephone: 212.618.3000
Facsimile: 212.918.3100
(*admitted pro hac vice*)

ALAN KOSSOFF (SBN 150932)
**KINSELLA WEITZMAN ISER**
  **KUMP & ALDISERT LLP**
akossoff@kwiklaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

*Attorneys for Plaintiffs CAMOFI Master LDC and CAMHZN Master LDC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| DAVID L. DEFREES, et al.,<br><br>             Plaintiffs,<br>       v.<br>JOHN C. KIRKLAND, et al.,<br><br>             Defendants,<br>       and<br>U.S. AEROSPACE, INC.<br><br>             Nominal Defendant. | Case No. CV 11-04272 JLS (SPx) consolidated with Case No. CV 11-04574 JLS (SPx)<br><br>(Derivative Action)<br><br>**DECLARATION OF RACHELE R. RICKERT IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Hearing Date: January 26, 2018<br>Time:  2:30 p.m.<br>Courtroom:  10A, 10th Floor<br>Judge: Hon. Josephine L. Staton |

1  I, RACHELE R. RICKERT hereby declare as follows:

2  1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP, attorneys for Plaintiff Frederick Rich. I have personal knowledge of the facts set forth herein, and if called upon, I could and would competently testify thereto.

3  2. I submit this declaration in support of the Plaintiffs' Unopposed Motion for Preliminary Approval of Derivative Settlement (the "Motion"). Specifically, this declaration addresses Plaintiffs' proposed method of identifying and providing notice of the Settlement to USAE Shareholders.

4  3. As explained in the Stipulation of Settlement (the "Stipulation"), up to $290,000 of the Settlement Amount will be distributed to current USAE Shareholders who also held USAE Shares on March 31, 2010, and February 21, 2017. Pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, Plaintiffs seek to provide notice of the proposed Settlement to qualifying USAE Shareholders and any creditors, affording them the opportunity to object to the Settlement and for USAE Shareholders to participate in the distribution. Plaintiffs plan, through a Claims Administrator, to mail the Notice to qualifying USAE Shareholders that may be reasonably identified and to publish notice to USAE Shareholders and credits in *Investor's Business Daily*.

5  4. Qualifying shareholders must currently hold USAE Shares and also must have held USAE Shares on March 31, 2010 and February 21, 2017. Although the Settling Parties do not possess any shareholder records from March 2010, Plaintiffs do possess four USAE shareholder lists from later in 2010 obtained during discovery in this action. The lists are dated June 30, 2010; August 13, 2010; September 16, 2010; and September 30, 2010. For each shareholder listed, the lists contain a corresponding name, address (in most cases), certificate number(s), the number of shares issued, and the date on which the shares were issued. Each list


1  contains fewer than two hundred and sixty (260) shareholders.  Although the four lists appear to overlap significantly, all four will be provided to the Notice Administrator, who will eliminate duplication and mail notice to each identified shareholder.

5.  As detailed in the Stipulation, in addition to mailing notice to identified USAE Shareholders, Plaintiffs will also publish the Summary Notice in the national edition of *Investor's Business Daily*.

6.  Plaintiffs' counsel believe that such notice is reasonably calculated to apprise interested parties of their opportunity to present objections to the proposed settlement and to participate in the Shareholder Distribution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of December, 2017 at San Diego, California.

*/s/ Rachele R. Rickert*
RACHELE R. RICKERT

23988v5

- 2 -

#5531356